1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11  CHOU YANG                    )    Case No.  CIV-11-0654 GGH (TEMP)
                                 )
12                               )
                                 )    STIPULATION AND ~~PROPOSED~~
13                               )    ORDER EXTENDING PLAINTIFF'S
             Plaintiff,          )    TIME TO FILE SUMMARY
14                               )    JUDGEMENT MOTION
    v.                           )
15                               )
    MICHAEL J. ASTRUE            )
16  Commissioner of Social Security )
    of the United States of America, )
17                               )
             Defendant.          )
18                               )
    _____ )
19

20         IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

21  Plaintiff's time to file the  summary judgment is hereby extended to October 21, 2011.   Plaintiff's

22  motion was originally due August 29, 2011, but was not timely filed due to counsel's inadvertent failure

23  to  calendar the date the motion was due.   *See*, Declaration of Bess M. Brewer.   This extension is

24  required due to counsel's oversight and  impacted briefing schedule.

25

26  / / / /

27  / / / /

28  / / / /

                                    1

Dated:  September 20, 2011                    */s/Bess M. Brewer*  _____
                                              BESS M. BREWER
                                              Attorney at Law

                                              Attorney for Plaintiff


Dated: September 20, 2011                     Benjamin B. Wagner

                                              United States Attorney

_____          /s/ Tova D. Wolking
                                              TOVA D. WOLKING

                                              Special Assistant United States Attorney
                                              Attorneys for Defendant

DECLARATION OF BESS M. BREWER

1.      I represent the plaintiff in the above referenced case  pending in this court and submit this declaration in support of plaintiff's stipulated request for an extension of time to file her motion for summary judgment.

2.      Plaintiff's brief was due August 29, 2011.   Unfortunately, I failed to calendar the date. This oversight was just  brought to my attention and I apologize for my failure to properly calendar the date.

3.        Given my briefing schedule, I will need  until October 21, 2011, within which to file plaintiff's summary judgment motion.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on September 19, 2011,  in Sacramento, California.


                                              /s/Bess M. Brewer
                                              BESS M. BREWER

2

1

2                                            **ORDER**

3   No further extension are authorized.

4   APPROVED AND SO ORDERED.

5   DATED: September 22, 2011

6                                        /s/ Gregory G. Hollows
                                    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28