1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11 **CHOU YANG**                    )   Case No. CIV-11-0654 GGH (TEMP)
                                    )
12                                  )
                                    )
13                                  )   **STIPULATION AND** ~~**PROPOSED**~~
           **Plaintiff,**           )   **ORDER EXTENDING PLAINTIFF'S**
14                                  )   **TIME TO FILE SUMMARY**
   v.                               )   **JUDGEMENT MOTION**
15                                  )
   **MICHAEL J. ASTRUE**            )
16 **Commissioner of Social Security** )
   **of the United States of America,** )
17                                  )
           **Defendant.**           )
18                                  )
                                    )
19 _____

20     IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

21 Plaintiff's time to file the summary judgment is hereby extended to October 21, 2011.  Plaintiff's

22 motion was originally due August 29, 2011, but was not timely filed due to counsel's inadvertent failure

23 to calendar the date the motion was due.  *See*, Declaration of Bess M. Brewer.  This extension is

24 required due to counsel's oversight and impacted briefing schedule.

25

26 / / / /

27 / / / /

28 / / / /

Dated: September 20, 2011          /s/Bess M. Brewer
                                    BESS M. BREWER
                                    Attorney at Law

                                    Attorney for Plaintiff


Dated: September 20, 2011          Benjamin B. Wagner
                                    United States Attorney

                                    /s/ Tova D. Wolking
                                    TOVA D. WOLKING
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant

DECLARATION OF BESS M. BREWER

1.   I represent the plaintiff in the above referenced case pending in this court and submit this declaration in support of plaintiff's stipulated request for an extension of time to file her motion for summary judgment.

2.   Plaintiff's brief was due August 29, 2011. Unfortunately, I failed to calendar the date. This oversight was just brought to my attention and I apologize for my failure to properly calendar the date.

3.   Given my briefing schedule, I will need until October 21, 2011, within which to file plaintiff's summary judgment motion.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on September 19, 2011, in Sacramento, California.


                                    /s/Bess M. Brewer
                                    BESS M. BREWER

**ORDER**

No further extension are authorized.

APPROVED AND SO ORDERED.

DATED: September 22, 2011

    /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE